IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BARBARA KAY WALKER                                                                                          PLAINTIFF

v.                                          Case No. 4:21-cv-4047

GATX RAIL LOCOMOTIVE
GROUP, LLC                                                                                                       DEFENDANT

## ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (ECF No. 18). The parties have settled this case and stipulate to its dismissal with prejudice, with each side bearing its own costs. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The "entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendants. Thus, Plaintiff's claims against Defendant were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket.

To the extent that the parties' stipulation (ECF No. 18) constitutes a motion, it is hereby **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this order upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 19th day of April, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge